# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One USPS Priority Mail Express parcel bearing USPS tracking number EI461686022US, addressed to "Precious Spratley, 824 E Agua Fria IN, Avondale, AZ 85323," with a return address of "Steven Smith, 1120 west main Street, 38804." It is a white Priority Mail cardboard box; weighing approximately 4 pounds, 3 ounces; postmarked September 14, 2022; and bearing 76.15 in postage.

**SEARCH WARRANT**

Case Number: 22-5402MB

TO: DAWN HAYNES and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Dawn Haynes, a Task Force Officer with the UNITED STATES POSTAL INSPECTION SERVICE, on the premises known as:

**SUBJECT PARCEL:** One USPS Priority Mail Express parcel bearing USPS tracking number EI461686022US, addressed to "Precious Spratley, 824 E Agua Fria IN, Avondale, AZ 85323," with a return address of "Steven Smith, 1120 west main Street, 38804." It is a white Priority Mail cardboard box; weighing approximately 4 pounds, 3 ounces; postmarked September 14, 2022; and bearing 76.15 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises, described above, and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___9/30/22___ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

Sept. 16, 2022 @ 1:07 PM     at     Phoenix, Arizona
Date and Time Issued                 City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-5402MB | Date and time warrant executed: 09/19/2022 at 10:02 AM | Copy of warrant and inventory left with: USPIS Case File |
| Inventory made in the presence of: USPIS Inspector Brandon & TFO Haynes | | USPS Tracking Number: EI 461 686 022 US |

**Inventory of the property taken and name of any person(s) seized:**

USPS Express Parcel Label No. EI461686022US, addressed to "Precious Spratley, 824 E. Agua Fria ln, Avondale, AZ 85323" with a return address of "Steven Smith, 1120 West Main Street, 38804" contained:

A White USPS Priority Mail box
A stuffed Llama containing stuffing and $16,210.00 in US currency.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/19/2022

_____
Executing officer's signature

Dawn Haynes/U.S. Postal Inspector TFO
*Printed name and title*